## HYMAN v. SALZER PLUMBING CO., Inc.
### No. 13780.

Court of Appeal, of Louisiana. Orleans.
Nov. 30, 1931.

For former opinion, see 135 So. 703.

Hugh M. Wilkinson and Harry Nowalsky, both of New Orleans, for appellant.

Lazarus, Weil & Lazarus and Herman S. Lindy, all of New Orleans, for appellee.

WESTERFIELD, J.

Upon reconsideration, we have reached the conclusion that the amount heretofore approved by us was excessive.

It is therefore ordered, adjudged, and decreed that our former decree be amended by reducing the amount awarded plaintiff from $2,459.25 to $1,959.25, and, as thus amended, it is reinstated.

Original decree amended and reinstated.